| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Roberts, Mark A. | U.S. District Court Northern District of Iowa | 04/21/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge | ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2019 to 12/31/2019 |

**7. Chambers or Office Address**

111 7th Avenue SE
Cedar Rapids, IA 52401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2017-2019 | Simmons Perrine Moyer Bergman, former employer. Returned partnership capital contribution 03/19, received final payment for 2018 income 06/19. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Mark A. | 04/21/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Montessori School of Iowa City |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Roberts, Mark A.** | 04/21/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Mark A. | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Simmons Perrine Moyer Bergman PLC Partnership | E | Distribution | K | T | | | | | |
| 2. MR Investment Account (H) | | | | | | | | | |
| 3. - DFA GLBL REAL ESTATE | B | Dividend | K | T | Buy | 12/17/19 | J | | |
| 4. - DFA INVESTMENT GRADE | D | Dividend | N | T | Buy | 03/28/19 | J | | |
| 5. | | | | | Buy | 06/27/19 | J | | |
| 6. | | | | | Buy | 09/27/19 | J | | |
| 7. | | | | | Sold (part) | 10/18/19 | J | | |
| 8. | | | | | Buy | 12/17/19 | J | | |
| 9. - DFA US CORE EQTY 2 | D | Dividend | N | T | Buy | 03/28/19 | J | | |
| 10. | | | | | Buy | 06/27/19 | J | | |
| 11. | | | | | Buy | 09/27/19 | J | | |
| 12. | | | | | Buy | 12/16/19 | J | | |
| 13. - DFA INTL CORE EQTY | D | Dividend | M | T | Buy | 03/28/19 | J | | |
| 14. | | | | | Buy | 06/27/19 | J | | |
| 15. | | | | | Buy | 09/27/19 | J | | |
| 16. | | | | | Buy | 12/16/19 | J | | |
| 17. - DFA EMERGING MKTS CORE EQTY | B | Dividend | L | T | Buy | 03/28/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Mark A. | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 06/27/19 | J | | |
| 19. | | | | | Buy | 09/27/19 | J | | |
| 20. | | | | | Buy | 12/16/19 | J | | |
| 21.    DR Investment Account (H) | | | | | | | | | |
| 22.    - SPDR S&P 600 SMALL CAP VALUE | A | Dividend | J | T | Buy | 02/15/19 | J | | |
| 23. | | | | | Buy | 03/22/19 | J | | |
| 24. | | | | | Buy | 06/28/19 | J | | |
| 25. | | | | | Buy | 09/27/19 | J | | |
| 26. | | | | | Buy | 12/30/19 | J | | |
| 27.    - SCHWAB US AGGREGATE BOND | A | Dividend | K | T | Buy | 02/08/19 | J | | |
| 28. | | | | | Buy | 02/15/19 | J | | |
| 29. | | | | | Buy | 03/08/19 | J | | |
| 30. | | | | | Buy | 04/08/19 | J | | |
| 31. | | | | | Buy | 05/08/19 | J | | |
| 32. | | | | | Buy | 06/10/19 | J | | |
| 33. | | | | | Buy | 07/09/19 | J | | |
| 34. | | | | | Buy | 08/08/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Mark A. | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | Buy | 09/10/19 | J | | |
| 36. | | | | | | Buy | 10/08/19 | J | | |
| 37. | | | | | | Buy | 11/08/19 | J | | |
| 38. | | | | | | Buy | 12/09/19 | J | | |
| 39. | | | | | | Buy | 12/27/19 | J | | |
| 40. - SCHWAB US LARGE CAP | | A | Dividend | K | T | Buy | 01/04/19 | J | | |
| 41. | | | | | | Buy | 02/15/19 | J | | |
| 42. | | | | | | Buy | 03/26/19 | J | | |
| 43. | | | | | | Buy | 07/02/19 | J | | |
| 44. | | | | | | Buy | 10/01/19 | J | | |
| 45. | | | | | | Buy | 12/18/19 | J | | |
| 46. - SCHWAB SHORT TERM US TREASURY | | A | Dividend | K | T | Buy | 02/08/19 | J | | |
| 47. | | | | | | Buy | 02/15/19 | J | | |
| 48. | | | | | | Buy | 03/08/19 | J | | |
| 49. | | | | | | Buy | 04/08/19 | J | | |
| 50. | | | | | | Buy | 05/08/19 | J | | |
| 51. | | | | | | Buy | 06/10/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Roberts, Mark A. | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 07/09/19 | J | | |
| 53. | | | | | Buy | 08/08/19 | J | | |
| 54. | | | | | Buy | 09/10/19 | J | | |
| 55. | | | | | Buy | 10/08/19 | J | | |
| 56. | | | | | Buy | 11/08/19 | J | | |
| 57. | | | | | Buy | 12/09/19 | J | | |
| 58. | | | | | Buy | 12/27/19 | J | | |
| 59.   - SCHWAB EMERGING MARKETS EQUITY | A | Dividend | J | T | Buy | 01/04/19 | J | | |
| 60. | | | | | Buy | 02/15/19 | J | | |
| 61. | | | | | Buy | 07/02/19 | J | | |
| 62. | | | | | Buy | 12/18/19 | J | | |
| 63.   - SCHWAB US LARGE CAP VALUE | A | Dividend | K | T | Buy | 02/15/19 | J | | |
| 64. | | | | | Buy | 03/26/19 | J | | |
| 65. | | | | | Buy | 07/02/19 | J | | |
| 66. | | | | | Buy | 10/01/19 | J | | |
| 67. | | | | | Buy | 12/18/19 | J | | |
| 68.   - SCHWAB INTERNATIONAL EQUITY | A | Dividend | K | T | Buy | 02/15/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Mark A. | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Buy | 07/02/19 | J | | |
| 70. | | | | | Buy | 12/18/19 | J | | |
| 71. - SCHWAB INTERNATNAL SMALLCAP EQY | A | Distribution | J | T | Buy | 02/15/19 | J | | |
| 72. | | | | | Buy | 07/02/19 | J | | |
| 73. | | | | | Buy | 12/18/19 | J | | |
| 74. - SCHWAB US SMALL CAP | A | Dividend | K | T | Buy | 01/04/19 | J | | |
| 75. | | | | | Buy | 02/15/19 | J | | |
| 76. | | | | | Buy | 03/26/19 | J | | |
| 77. | | | | | Buy | 07/02/19 | J | | |
| 78. | | | | | Buy | 10/01/19 | J | | |
| 79. | | | | | Buy | 12/18/19 | J | | |
| 80. Iowa Public Employees' Retirement System Fund | A | Interest | J | T | | | | | |
| 81. U.S. Bank Cash Accounts | A | Interest | M | T | | | | | |
| 82. Wells Fargo Cash Account | A | Interest | K | T | | | | | |
| 83. Coverdell 529 Plan - Aggressive Growth Portfolio (H) | | | | | | | | | |
| 84. - Vanguard Institutional Total Stock Market Index Fund 60% | A | Dividend | J | T | | | | | |
| 85. - Vanguard Total International Stock Index Fund 40% | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Roberts, Mark A.** | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Country Financial Whole Life 1 | A | Dividend | J | T | | | | | |
| 87. Country Financial Whole Life 2 | A | Dividend | J | T | | | | | |
| 88. Country Life Whole Life 3 | A | Dividend | J | T | | | | | |
| 89. Northwestern Mutual Whole Life 1 | A | Dividend | J | T | | | | | |
| 90. Northwestern Mutual Whole Life 2 | A | Dividend | J | T | | | | | |
| 91. Northwestern Mutual Whole Life 3 | A | Dividend | J | T | | | | | |
| 92. Northwestern Mutual Whole Life 4 | A | Dividend | J | T | | | | | |
| 93. Voya Whole Life 1 | A | Dividend | J | T | | | | | |
| 94. Voya Whole Life 2 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Mark A. | 04/21/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Mark A. Roberts**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544